PROB 19
(Rev. 5/92)

# UNITED STATES DISTRICT COURT

for

Eastern District of New York

U.S.A. vs   Lawrence Ray                    Docket No.   00-CR-196-17

TO:[1]   Any U.S. Deputy Marshal

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |
|---|

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| Lawrence Ray | Male | White | 47 |
| ADDRESS (STREET, CITY, STATE) | | | |
| Unknown | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED | | |
| I. Leo Glasser, Sr. USDJ, EDNY | 4/9/03 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) | | | |
| EDNY, Brooklyn, NY | | | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| ROBERT C. HEINEMANN | Nandia Jones | FEB 08 2007 |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED 2/28/07 | DATE EXECUTED 6/13/07 |
| EXECUTIVE AGENCY (NAME AND ADDRESS) US MARSHAL 225 CADMAN PLAZA BKLYN NY 11201 | | |
| NAME USM CORCORAN | (BY) DUSM MANTICEN | DATE 6/14/07 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any special agent of the Federal Bureau of Investigation;" or "any United States Marshal or any special agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."