**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

May 4, 2022

Judge I. Leo Glasser
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **United States v. Ray, No. 00-cr-196**

Dear Judge Glasser,

The Federal Defenders represents Mr. Lawrence Ray in a pending criminal case in the Southern District of New York, under docket number 20-cr-110. In preparation for Lawrence Ray's presentence interview in that case, I am writing to respectfully request that the Court order the release of Mr. Ray's presentence report from his prior case, *United States v. Ray*, 00 Cr. 196 (ILG), to his current lawyers.

Accordingly, we respectfully request that the Court grant the Federal Defenders permission to access his prior presentence report.

Sincerely,

/s/
Allegra Glashausser
Staff Attorney
(212) 417-8739

1