UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

                          MEMORANDUM & ORDER
v.                             00-CR-196

LAWRENCE RAY,

                Defendant.
-----------------------------------------------------------x
GLASSER, Senior United States District Judge:

Defendant has moved this Court for an Order that would permit his access to the pre-sentence report prepared incident to his conviction and sentence in 00-CR-196. DE 558. In accordance with *United States v. Charmer Industries, Inc.*, 711 F.2d 1164 (2d Cir. 1983), his motion is **GRANTED**.

        SO ORDERED.

Dated:    Brooklyn, New York
             May 4, 2022

                                                  /s/
                                         I. Leo Glasser
                                         Senior United States District Judge